```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  OCT 13 2011

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY              DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 04-00060 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| v. | |
| MICHAEL JAMES BASSETT, | |
| Defendant. | |

    The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

|    |    |
|----|----|
| 1  | released under 18 U.S.C. § 3142(b) or (c). This finding is |
| 2  | based on his failure to proffer any evidence to meet his burden |
| 3  | on this issue; |
| 4  | and |
| 5  | B. (X) The defendant has not met his burden of establishing by |
| 6  | clear and convincing evidence that he is not likely to pose a |
| 7  | danger to the safety of any other person or the community if |
| 8  | released under 18 U.S.C. § 3142(b) or (c). This finding is |
| 9  | based on his failure to proffer any evidence to meet his burden |
| 10 | on this issue. |
| 11 | IT THEREFORE IS ORDERED that the defendant be detained pending |
| 12 | the further revocation proceedings. |
| 14 | DATED: October 13, 2011 |

*/s/ Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE